# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SAHADEO SINGH** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **BURTON NEIL & ASSOCIATES,** | : | **NO. 11-5358** |
| **P.C., et al** | : | |

## ORDER

**AND NOW**, this 14th day of September, 2011, plaintiff's counsel having failed to appear at the pretrial conference, it is **ORDERED** that this action is **DISMISSED**.

        /s/Timothy J. Savage
        TIMOTHY J. SAVAGE,  J.